UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

OLIN HOLDINGS LIMITED,

                    Plaintiff,

          - against -

STATE OF LIBYA,

                    Defendant.
_____

21-cv-4150 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

     The initial conference scheduled for Monday, September 27,

2021 is adjourned to a date to be set.


SO ORDERED.

Dated:     New York, New York
           September 24, 2021

                              John G. Koeltl
                         United States District Judge