UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIN HOLDINGS LIMITED,

        Petitioner,

- against -

STATE OF LIBYA,

        Respondent.

21 Civ. 4150 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The respondent is directed to submit courtesy copies of the papers filed in connection with its motion to dismiss. See Individual Practice II.C.

SO ORDERED.

Dated: New York, New York
       January 6, 2022

                                      John G. Koeltl
                                 United States District Judge