```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
OLIN HOLDINGS LIMITED,

                Petitioner,      21-cv-4150 (JGK)

    - against -                <u>ORDER</u>

STATE OF LIBYA,

                Respondent.

---

JOHN G. KOELTL, District Judge:

    The petitioner is directed to submit a proposed final judgment in United States dollars. The proposed final judgment should include money conversions, calculations, and the sum total of the judgment.

SO ORDERED.

Dated:    New York, New York
            March 25, 2022

                                                      John G. Koeltl
                                        United States District Judge