UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of the Arbitration Between

OLIN HOLDINGS LIMITED

                Petitioner,

v.

STATE OF LIBYA

                Respondent.

Case No. 21-CIV-4150-JGK

---

### [PROPOSED] FINAL JUDGMENT

WHEREAS, this cause came before the Court on Petitioner Olin Holdings Limited's ("Olin") Petition to Confirm Foreign Arbitral Award, dated December 11, 2020;

WHEREAS, on March 22, 2022, this Court issued a Memorandum Opinion and Order (the "Order") granting Olin's Petition to Confirm Foreign Arbitral Award and denying Respondent the State of Libya's ("Libya") Motion to Dismiss the Petition to Confirm [Dkt. # 25].

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that for the reasons set forth in the Order:

1. Libya is directed to pay Olin US$ **[27,731,688.49 + 3,183.53 for each day between April 5, 2022 and the date of the judgment]**, **($21,731,688.49 + $28,651.77 for a total judgment of $27,760,340.26**) [handwritten: $ 21,760,340.26] consisting of principal amounts of US $773,000.00 and EUR 19,294,687.70 plus simple prejudgment interest calculated at the rate of 5% from May 25, 2018, the date of the Arbitral Award, to the date of this Final Judgment, using the USD / EUR exchange rate of 1.1644 in effect on May 25, 2018 (from the Wall Street Journal website), as set forth in Appendix 1 hereto;

[handwritten initials: JGK]

2. Libya is further directed to pay Olin post-judgment interest at the rate statutorily mandated by 28 U.S.C. § 1961 from the date of this Final Judgment to the date of satisfaction.

The Clerk of the Court shall enter this Final Judgment pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure.

**THIS IS A FINAL JUDGMENT.**

Dated: New York, New York
April 7, 2022

26/C   14

John G. Koeltl
U.S.D.J

## APPENDIX 1

**Parameters**

| Parameter | Value |
|---|---|
| Award date | 5/25/2018 |
| Interest calculated as of | 4/5/2022 |
| Years of interest accruing between award and current date | 3.87 |
| Interest rate (annual, simple) | 5.00% |
| Interest rate (daily, simple) | 0.014% |
| USD / EUR exchange rate (25 May 2018) (from Wall Street Journal website) | 1.1644 |
| Awarded amount in Euros | 19,294,687.70 |
| Awarded amount in USD | 773,000.00 |

**Table 1 - Interest calculations**

|  | Calculation guide | EUR Principal | USD Pricipal | Total |
|---|---|---|---|---|
| Principal |  | 19,294,687.70 | 773,000.00 |  |
| Interest |  | 3,729,425.25 | 149,411.37 |  |
| Total | [A] | 23,024,112.95 | 922,411.37 |  |
| Applicable rate (USD/EUR) (25 May 2018) | [B] | 1.1644 | 1.0000 |  |
| Principal plus interest as at 5 April 2022 in USD | [A]*[B] | 26,809,277.12 | 922,411.37 | 27,731,688.49 |
| Of which interest in USD |  |  |  | 4,491,954.13 |

**Table 2 - Daily interest after 5 April 2022**

|  | Calculation guide | EUR Principle | USD Priciple | Total |
|---|---|---|---|---|
| Principal | [A] | 19,294,687.70 | 773,000.00 |  |
| Daily Interest | [B] | 0.014% | 0.014% |  |
| Daily interest after 5 April 2022 | [C] = [A]*[B] | 2,643.11 | 105.89 |  |
| Applicable rate (USD/EUR) (25 May 2018) | [D] | 1.1644 | 1.00 |  |
| Daily interest after 5 April 2022 USD (Using rate on 25 May 2018) | [C]*[D] | 3,077.63 | 105.89 | 3,183.53 |