UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>OLIN HOLDINGS LIMITED<br><br>　　　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>STATE OF LIBYA<br><br>　　　　　　　　　　Respondent. | Case No. 21-CIV-4150-JGK |

## [~~PROPOSED~~] AMENDED FINAL JUDGMENT

WHEREAS, this cause came before the Court on Petitioner Olin Holdings Limited's ("Olin") Petition to Confirm Foreign Arbitral Award, dated December 11, 2020;

WHEREAS, on March 22, 2022, this Court issued a Memorandum Opinion and Order (the "Order") granting Olin's Petition to Confirm Foreign Arbitral Award and denying Respondent the State of Libya's ("Libya") Motion to Dismiss the Petition to Confirm [Dkt. # 25];

WHEREAS, on April 14, 2022, this Court issued a Final Judgment directing Libya to pay Olin US$ 21,760,340.26 plus post-judgment interest at the rate mandated by 28 U.S.C. § 1961 from the date of the Final Judgment to the date of satisfaction [Dkt. # 29]; and

WHEREAS, the Final Judgment issued on April 14, 2022 contained a typographical error in the amount of the judgment ($21,760,340.26 instead of $27,760,340.26);

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that for the reasons set forth in the Order:

1. Libya is directed to pay Olin US$ [27,731,688.49 + 3,183.53 for each day between April 5, 2022 and the date of the judgment, for a total judgment of **US$ 27,760,340.26**], consisting of principal amounts of US$ 773,000.00 and EUR 19,294,687.70 plus simple prejudgment interest calculated at the rate of 5% from May 25, 2018 (the date of the Arbitral Award) to April 14, 2022 (the date of the Final Judgment), using the USD / EUR exchange rate of 1.1644 in effect on May 25, 2018 (from the Wall Street Journal website), as set forth in Appendix 1 hereto;

2. Libya is further directed to pay Olin post-judgment interest at the rate statutorily mandated by 28 U.S.C. § 1961 from April 14, 2022 (the date of the Final Judgment) to the date of satisfaction.

The Clerk of the Court shall enter this Amended Final Judgment pursuant to Rules 58, 59(e) and 79(a) of the Federal Rules of Civil Procedure.

**THIS IS A FINAL JUDGMENT.**

Dated: New York, New York
~~April    , 2022~~
May 27, 2022

John G. Koeltl
United States District Judge

## APPENDIX 1

**Parameters**

| Parameter | Value |
|---|---|
| Award date | 5/25/2018 |
| Interest calculated as of | 4/5/2022 |
| Years of interest accruing between award and current date | 3.87 |
| Interest rate (annual, simple) | 5.00% |
| Interest rate (daily, simple) | 0.014% |
| USD / EUR exchange rate (25 May 2018) (from Wall Street Journal website) | 1.1644 |
| Awarded amount in Euros | 19,294,687.70 |
| Awarded amount in USD | 773,000.00 |

**Table 1 - Interest calculations**

| | Calculation guide | EUR Principal | USD Pricipal | Total |
|---|---|---|---|---|
| Principal | | 19,294,687.70 | 773,000.00 | |
| Interest | | 3,729,425.25 | 149,411.37 | |
| Total | [A] | 23,024,112.95 | 922,411.37 | |
| Applicable rate (USD/EUR) (25 May 2018) | [B] | 1.1644 | 1.0000 | |
| Principal plus interest as at 5 April 2022 in USD | [A]*[B] | 26,809,277.12 | 922,411.37 | 27,731,688.49 |
| Of which interest in USD | | | | 4,491,954.13 |

**Table 2 - Daily interest after 5 April 2022**

| | Calculation guide | EUR Principle | USD Priciple | Total |
|---|---|---|---|---|
| Principal | [A] | 19,294,687.70 | 773,000.00 | |
| Daily interest | [B] | 0.014% | 0.014% | |
| Daily interest after 5 April 2022 | [C] = [A]*[B] | 2,643.11 | 105.89 | |
| Applicable rate (USD/EUR) (25 May 2018) | [D] | 1.1644 | 1.00 | |
| Daily interest after 5 April 2022 USD (Using rate on 25 May 2018) | [C]*[D] | 3,077.63 | 105.89 | 3,183.53 |