UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLIN HOLDINGS LIMITED,

     Petitioner,

 - against -

STATE OF LIBYA,

     Respondent.

21-cv-4150 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

 The conference scheduled for May 23, 2023, is **canceled**.

 The Respondent should respond to the pending motion for relief (ECF No. 35) by **May 30, 2023**. The Petitioner may reply by **June 6, 2023**.

SO ORDERED.

Dated: New York, New York
   May 18, 2023

           /s/ John G. Koeltl
           John G. Koeltl
         United States District Judge