UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLIN HOLDINGS LIMITED,

        Petitioner,

- against -

STATE OF LIBYA,

        Respondent.

21-cv-4150 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The petitioner is directed to provide courtesy copies of the pending fully briefed motion for relief pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963 (ECF No. 35).

SO ORDERED.

Dated:    New York, New York
           June 7, 2023

                                              John G. Koeltl
                                    United States District Judge