UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLIN HOLDINGS LIMITED,

          Petitioner,

- against -

STATE OF LIBYA,

          Respondent.

---

21-cv-4150 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The petitioner advises that it has withdrawn its request for relief pursuant to 28 U.S.C. § 1963. (See ECF No. 47.) Accordingly, to the extent the petitioner's motion for relief (ECF No. 35) seeks relief pursuant to 28 U.S.C. § 1963, the motion is **denied in part as moot.** The Court reserves decision on whether to grant the motion to the extent the petitioner seeks relief pursuant to 28 U.S.C. § 1610(c).

    The Clerk of Court is directed not to close ECF No. 35.

**SO ORDERED.**

Dated:    New York, New York
           August 10, 2023

                                      John G. Koeltl
                                  United States District Judge