UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIN HOLDINGS LIMITED,<br><br>                  Petitioner,<br><br>      v.<br><br>STATE OF LIBYA,<br><br>                  Respondent. | Case No. 21-CV-4150-JGK |

## [~~PROPOSED~~] ORDER

Upon review and consideration of Petitioner Olin Holdings Limited's motion for an order (i) pursuant to 28 U.S.C. § 1610(c), determining that a reasonable period of time has elapsed since the entry of Judgment in this case such that Petitioner may seek to attach Respondent's assets to aid in the execution of that Judgment; ~~and (ii) permitting Petitioner to register the Judgment in the United States District Court for the Southern District of Texas pursuant to 28 U.S.C. § 1963~~, Respondent's Opposition thereto, and the entire record in this case, it is:

**ORDERED** that Petitioner's motion is **GRANTED**

**ORDERED** that, pursuant to 28 U.S.C. § 1610(c) that a reasonable period of time has elapsed following entry of the Judgment in this case and that Petitioners are entitled to take any and all steps allowed by governing law to enforce and execute the Judgment~~; and~~

~~**ORDERED** that the Court finds good cause to permit Petitioners to register the Judgment in the United States District Court for the Southern District of Texas.~~

**SO ORDERED** this __18th__ day of __September__, 2023.

                                                                               _/s/ John G. Koeltl_
                                                                      Hon. John G. Koeltl
                                                                      United States District Judge